Argued and submitted December 3, 1979, affirmed by an equally divided court
November 28, 1980

## STATE OF OREGON,
### *Petitioner,*
*v.*
## GENE D. ODAM AND
## LEONARD DRISCOLL,
### *Respondents.*

### (Nos. CA 14010, 14011, 14012, SC 26357)

619 P2d 647

Robert C. Cannon, Assistant Attorney General, Salem, argued the cause for petitioner. On the brief were James A. Redden, Attorney General, Walter L. Barrie, Solicitor General, and Allison Smith, Assistant Attorney General, Salem.

James E. Mountain, Jr., Salem, argued the cause for respondents. On the brief was Robert G. Danielson, Sweet Home.